E-FILED
Friday, 26 March, 2010 00:42:57 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 6/95) Criminal Complaint

# United States District Court

MAR 2 6 2010
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | CASE NUMBER: 10-mj- 6409 |
| GORDON L. CRAIG | |
| Rock Island, Illinois | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 2008 through October 2008 in Rock Island County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

knowingly employ, use, persuade, induce, entice, and coerce a minor, that is the person referred to herein as "Victim-1", to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate commerce and where the visual depiction was transported using any means and facility of interstate commerce,

in violation of Title 18, United States Code, Section(s) 2251(a)

I further state that I am a(n) Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

Please see the attached affidavit.

Continued on the attached sheet and made a part hereof: Yes ☐ No ☐

Greg A. Catey, SA FBI

Name of Complainant

s/Greg A. Catey

Signature of Complainant

Sworn to before me and subscribed in my presence,

March 26, 2010 at Rock Island, Illinois

Date — City and State

Thomas J. Shields
United States Magistrate Judge

Name & Title of Judicial Officer

s/Thomas J. Shields

Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Special Agent Greg A. Catey, being duly sworn on oath, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Springfield, Illinois Division. I have been a Special Agent of the FBI since 2002, and have experience enforcing federal laws including laws pertaining to violations of Title 18, United States Code, Sections 2251 (production of child pornography) and 2252A (distribution, receipt, and possession of child pornography). I have consulted with experts and specialists trained in the analysis of computers and computer storage devices and in the transference of information through the Internet with the use of computer technology. I have participated in numerous computer crime investigations and in the execution of over 50 warrants involving the search and seizure of computers, computer storage media, software, and electronically stored information relating to computer crime and Internet investigations.

2. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

3. This affidavit is submitted in support of a criminal complaint charging the defendant, Gordon L. Craig ("Craig"), DOB: 8/17/1981, Rock Island, Illinois, with

1

production of child pornography, in violation of Title 18, United States Code, Section 2251(a).

4. Based on the following, I respectfully submit that probable cause exists to charge Craig with production of child pornography and for the issuance of a warrant for Craig's arrest.

5. In January 2009, FBI Special Agents executed various search warrants ultimately leading to the discovery of an online, Internet forum used for trading in child pornography. The Internet is a means or facility of interstate commerce.

6. The FBI Special Agents further learned that highly sophisticated techniques were used to maintain the integrity and security of the forum during the past years. Encryption, vetting and other techniques were used to prevent the discovery of their forum. The facilitators of the forum would frequently move the location of the forum in an attempt to prevent law enforcement discovering its existence.

7. Through the investigation, FBI Special Agents discovered a series of digital photographs that depicted an African American minor (referred to herein and in the criminal complaint as "Victim-1"). In the digital photographs, Victim-1 was often nude and engaged in sexually explicit conduct with an African American adult male. SA Catey reviewed the photographs and was able to observe various items also in the photographs: an RCA TV; red curtains with a floral pattern; a piece of wall art with the wording "elegance jardin de vie"; a bed with a red bed covering; a mattress with a green and pink floral pattern; and a multi-colored couch which has cup holders located in the armrests.

8. The discovered series also contained videos. One video depicted Victim-1 nude, while the adult male placed his mouth on Victim-1's genitals. In the described video, as well as others, the following objects can be seen in the video: a rectangular shaped fish tank can be seen; a cream colored sheet with black squares used as a curtain; a white colored radiator is located beneath a window; a dresser with matching lamps located on the top; a big screen television; a maroon colored rug which has a cream colored diamond shaped pattern.

9. On today's date, the FBI and local law enforcement executed two federal search warrants at Craig's residence in Rock Island, Illinois. During the execution of the warrants, I viewed the inside of the residence. Based on my prior review of images from the series of child pornography involving Victim-1 and my observations today inside the residence, there is probable cause to believe that the images of Victim-1 were produced in Craig's residence. This conclusion is based on, but not necessarily limited to, my observing curtains, artwork, a rug, and a couch in the subject residence that are consistent with those depicted in the child pornography series.

10. On today's date, Victim-1 was interviewed at a Child Advocacy Center. During the interview, Victim-1 was shown images from the child pornography series. Victim-1 identified himself/herself and Craig in those images. According to Victim-1, the acts or activities in those images occurred in or about August 2008 through October 2008 at Craig's residence in Rock Island, Illinois.

11. On today's date, Craig was taken into custody for a custodial interview. During the subsequent interview of Craig, and after he was duly advised of his Miranda Rights, which he signed and waived, Craig advised that he took pictures/video of Victim-

3

1 while Victim-1 was nude and while Craig performed oral sex on Victim-1. He subsequently confessed to posting those pictures/video on the internet and distributing them via the Internet.

12. Based on the foregoing, I respectfully submit there is probable cause to issue a criminal complaint charging Gordon L. Craig with production of child pornography, in violation of Title 18, United States Code, Section 2251(a). I further request this Court issue an arrest warrant for Craig.

FURTHER AFFIANT SAYETH NAUGHT.

s/Greg A. Catey

Greg A. Catey
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 26th day of March 2010.

s/Thomas J. Shields

Thomas J. Shields
United States Magistrate Judge