AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
MAR 2 6 2010
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

| United States of America | ) |
|---|---|
| v. | ) |
| GORDON L. CRAIG | ) Case No. 10-mj- 6409 |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GORDON L. CRAIG                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

On or about August 2008 through October 2008, in the Central District of Illinois, the defendant did knowingly employ, use, persuade, induce, entice, and coerce a minor, that is the person referred to herein as "Victim-1", to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate commerce and where the visual depiction was transported using any means and facility of interstate commerce, in violation of Title 18, United States Code, Section 2251.

Date: 03/26/2010

s/Thomas J. Shields
_____
*Issuing officer's signature*

City and state: Rock Island, Illinois

Thomas J. Shields, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/26/2010, and the person was arrested on *(date)* 03/26/2010
at *(city and state)* Moline, Illinois

Date: 03/26/2010

s/Greg A. Catey
_____
*Arresting officer's signature*

GREG A. CATEY, FBI SPECIAL AGENT
*Printed name and title*

(5)

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Gordon L. Craig

Known aliases:

Last known residence: 1116 13th Avenue, Rock Island, Illinois

Prior addresses to which defendant/offender may still have ties:

Last known employment: Friendship Manor -- King's Daughter, 1209 21st Ave., Rock Island, Illinois

Last known telephone numbers:

Place of birth:

Date of birth: 08/17/1981

Social Security number:

Height:                                             Weight:

Sex:                                                Race: Blk

Hair: Blk                                           Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation; Peoria, IL; 309-676-1922

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: