IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
APR 21 2010
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 10- 40028 |
| v. ) | |
| ) | VIO: Title 18, United States Code, |
| GORDON LEE CRAIG, ) | Sections 2251(a) and (e) |
| A/K/A WEEWEE ) | and 2253 |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Sexual Exploitation of Child)

On or about August 5, 2008, in Rock Island County in the Central District of Illinois and elsewhere, the defendant,

**GORDON LEE CRAIG a/k/a WEEWEE,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor, that is Minor Victim 1, to engage in sexually explicit conduct, as defined in Title 18, United States Code § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, and with such depiction being produced and transmitted using materials that have been mailed, shipped, and transported in interstate commerce, and said visual depiction having actually been transported and transmitted by any means and facility of interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### (Sexual Exploitation of Child)

On or about September 22, 2008, in Rock Island County in the Central District of Illinois and elsewhere, the defendant,

**GORDON LEE CRAIG a/k/a WEEWEE,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor, that is Minor Victim 1, to engage in sexually explicit conduct, as defined in Title 18, United States Code § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, and with such depiction being produced and transmitted using materials that have been mailed, shipped, and transported in interstate commerce, and said visual depiction having actually been transported and transmitted by any means and facility of interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
### (Sexual Exploitation of Child)

On or about October 20, 2008, in Rock Island County in the Central District of Illinois and elsewhere, the defendant,

**GORDON LEE CRAIG a/k/a WEEWEE,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor, that is Minor Victim 1, to engage in sexually explicit conduct, as defined in Title 18, United States Code § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, and with such depiction being produced and transmitted using materials that

have been mailed, shipped, and transported in interstate commerce, and said visual depiction having actually been transported and transmitted by any means and facility of interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
### (Sexual Exploitation of Child)

On or about August 3, 2008, in Rock Island County in the Central District of Illinois and elsewhere, the defendant,

**GORDON LEE CRAIG a/k/a WEEWEE,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor, that is Minor Victim 2, to engage in sexually explicit conduct, as defined in Title 18, United States Code § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate commerce, and with such depiction being produced and transmitted using materials that have been mailed, shipped, and transported in interstate commerce, and said visual depiction having actually been transported and transmitted by any means and facility of interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FOFEITURE ALLEGATIONS

1.  The allegations contained in Counts One, Two, Three, and Four of this Indictment are hereby realleged and incorporated into this paragraph by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 2253.

2.  From his engagement in the violations alleged in Counts One, Two, Three, and Four of this Indictment, the defendant,

**GORDON LEE CRAIG a/k/a WEEWEE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depiction or other matter containing such visual depiction which was produced, transported, shipped, received, or possessed as alleged in Counts One, Two, Three, and Four of this Indictment; and

    b. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses charged in Counts One, Two, Three, and Four of this Indictment.

3. The property referred to in paragraph 2 above, including sub-paragraphs (a) and (b), includes, but is not limited to, the following: One Kodak Polaroid i733 7.8 megapixel camera with serial number SNHR700134150031108, to include power cord.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL**

    S/Foreperson
**FOREPERSON**

S/John Mehochko for
**JEFFREY B. LANG
UNITED STATES ATTORNEY**
MJC